IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY WILSON,                                    :
                                                :
                          Plaintiff,            :        CIVIL ACTION NO.  14-5563
                                                :
         v.                                     :
                                                :
                                                :
COMMONWEALTH OF                                 :
PENNSYLVANIA DEPARTMENT OF                      :
CORRECTIONS, PENNSYLVANIA                       :
BOARD OF PROBATION AND PAROLE,                  :
SANDRA K. KNEEDLER, MINDY LOU                   :
GRANDLUND, and R.M. LAWLER,                     :                                    :
                                                :
                          Defendants.           :

## ORDER

**AND NOW**, this 31st day of October, 2014, after considering the "Application for
Prisoners to Proceed in District Court Without Prepaying Fees or Costs" (the "IFP Motion") and
the complaint filed by the plaintiff *pro se*, Gary Wilson, it is hereby **ORDERED** as follows:

    1.      The IFP Motion is **GRANTED** and the plaintiff has leave to proceed *in forma
pauperis*;

    2.      The plaintiff, Gary Wilson, #BE-9008, shall pay the full filing fee of $350 in

installments, under 28 U.S.C. § 1915(b).  Based on the financial information provided by the

plaintiff, an initial partial filing fee of $63.62 is assessed.   The superintendent or other

appropriate official at the State Correctional Institution at Houtzdale ("SCI Houtzdale") or at any

other prison at which the plaintiff may be incarcerated is directed to deduct $63.62 from the

plaintiff's inmate trust fund account, when such funds become available, and forward that

amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania,

601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 14-

5563.  After the initial partial filing fee is collected and until the full filing fee is paid, the superintendent or other appropriate official at the SCI Houtzdale or at any other prison at which the plaintiff may be incarcerated, shall deduct from the plaintiff's account, each time that the plaintiff's inmate trust account exceeds $10, an amount no greater than 20 percent of the money credited to his account during the preceding month and forward that amount to the Clerk of Court at the address provided above to be credited to Civil Action No. 14-5563;

3.      The Clerk of Court is directed to send a copy of this order to the superintendent of SCI Houtzdale;

4.      The complaint is **DISMISSED** with prejudice as legally frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons set forth in the court's memorandum opinion; and

5.      The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


*/s/ Edward G. Smith*
EDWARD G. SMITH, J.